# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVON BISHOP,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KATHLEEN ALLISON,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 10-4363 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 10, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1